Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

Emily Jeffers, CA Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org

Sarah Uhlemann, WA Bar No. 41164*
CENTER FOR BIOLOGICAL DIVERSITY
1037 NE 65th Street, #128
Seattle, WA 98115-6655
Tel: (206) 327-2344
suhlemann@biologicaldiversity.org

* Application for admission *pro hac vice* forthcoming
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff,* <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; GINA RAIMONDO, U.S. Secretary of Commerce; JANET COIT, Assistant Administrator, NOAA Fisheries, <br><br> *Defendants.* | Case No. 1:23-cv-00306 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Center for

Biological Diversity discloses that it is a non-profit organization with no parent

corporations, subsidiaries, or publicly traded stock. No parent corporation or

publicly held corporation owns ten percent or more of any shares in Plaintiff.

Respectfully submitted this 26th day of July, 2023.

 s/ *Maxx Phillips*
Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

Emily Jeffers, Ca. Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org

Sarah Uhlemann, WA Bar No. 41164*
CENTER FOR BIOLOGICAL DIVERSITY
1037 NE 65th Street, #128
Seattle, WA 98115-6655
Tel: (206) 327-2344
suhlemann@biologicaldiversity.org

* Application for admission *pro hac vice* forthcoming

*Attorneys for Plaintiff*