# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00306-DKW-WRP<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO SARAH UHLEMANN** |

The Court GRANTS the Motion of Sarah Uhlemann to Appear Pro Hac Vice.

| Name of Attorney: | Sarah Uhlemann |
|---|---|
| Firm Name: | Center for Biological Diversity |
| Firm Address: | 1037 NE 65th Street, #128; Seattle, WA 98115-6655 |
| Attorney CM/ECF Primary email address: | suhlemann@biologicaldiversity.org |
| Firm Telephone: | (206) 327-2344 |
| Party Represented: | Plaintiff Center for Biological Diversity |

IT IS SO ORDERED.

DATED: July 27, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge