# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>*Defendants*. | Case No.  1:23-cv-00306-DKW-WRP<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO EMILY JEFFERS** |

The Court GRANTS the Motion of Emily Jeffers to Appear Pro Hac Vice.

| Name of Attorney: | Emily Jeffers |
|---|---|
| Firm Name: | Center for Biological Diversity |
| Firm Address: | 1212 Broadway, Suite 800; Oakland, CA 94612 |
| Attorney CM/ECF Primary email address: | ejeffers@biologicaldiversity.org |
| Firm Telephone: | (510) 844-7109 |
| Party Represented: | Plaintiff Center for Biological Diversity |

IT IS SO ORDERED.

DATED:  July 27, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge