Emily Jeffers, CA Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org

Sarah Uhlemann, WA Bar No. 41164*
CENTER FOR BIOLOGICAL DIVERSITY
1037 NE 65th Street, #128
Seattle, WA 98115-6655
Tel: (206) 327-2344
suhlemann@biologicaldiversity.org
* Admitted *pro hac vice*

Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>*Defendants*. | Case No.: 1:23-cv-00306 MWJS-WRP<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Center for Biological Diversity respectfully moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1. Plaintiff moves for summary judgment because there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law.

Plaintiff seeks an order declaring that Defendants National Marine Fisheries Service; Gina Raimondo, the U.S. Secretary of Commerce; and Janet Coit, the Assistant Administrator for NOAA Fisheries (collectively "National Marine Fisheries Service") violated the Administrative Procedure Act, 5 U.S.C. § 706(2), in denying Plaintiff's rulemaking petition seeking protective regulations for 20 species of threatened coral pursuant to Section 4(d) of the Endangered Species Act, 16 U.S.C. § 1533(d). Plaintiff also seeks an order remanding the denial of its petition to the National Marine Fisheries Service for a new determination by a date certain.

In support of this motion, Plaintiff is concurrently filing a memorandum of points and authorities, and the declarations of Elise Pautler Bennett, Brett Hartl, Kristen Monsell, and Abel Valdivia.

| | |
|---|---|
| Dated: July 19, 2024 | Respectfully submitted, |

        */s/ Emily Jeffers*
        Emily Jeffers (*pro hac vice*)
        CENTER FOR BIOLOGICAL DIVERSITY
        1212 Broadway, Suite 800
        Oakland, CA 94612
        Tel: (510) 844-7100
        ejeffers@biologicaldiversity.org

        Sarah Uhlemann (*pro hac vice*)
        CENTER FOR BIOLOGICAL DIVERSITY
        1037 NE 65th Street, #128
        Seattle, WA 98115-6655
        Tel: (206) 327-2344
        suhlemann@biologicaldiversity.org

        Maxx Phillips, HI Bar No. 10032
        CENTER FOR BIOLOGICAL DIVERSITY
        1188 Bishop Street, Suite 2001
        Honolulu, HI 96813
        Tel: (808) 284-0007
        mphillips@biologicaldiversity.org

        *Attorneys for Plaintiff*