Emily Jeffers, CA Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org

Sarah Uhlemann, WA Bar No. 41164*
CENTER FOR BIOLOGICAL DIVERSITY
1037 NE 65th Street, #128
Seattle, WA 98115-6655
Tel: (206) 327-2344
suhlemann@biologicaldiversity.org
* Admitted *pro hac vice*

Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>*Defendants*. | Case No.: 1:23-cv-00306 MWJS-WRP<br><br>**DECLARATION OF ABEL VALDIVIA** |

I, Abel Valdivia, make the following declaration:

1. I am a resident of Chapel Hill, North Carolina.

2. I submit this declaration in support of the Center for Biological Diversity in the above-captioned matter. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

3. Currently I am employed as a Marine Conservation Scientist at World Wildlife Fund. In this capacity, I lead the development and implementation of monitoring, evaluation and learning plans to assess outcomes of conservation interventions of projects focused on area-based conservation of coastal ecosystems and their associated human communities.

4. I received a bachelor's degree in biological sciences from the University of Havana in 2001, a master's degree in marine ecology in 2004 from the same institution, and a Ph.D. in marine ecology and conservation biology from the University of North Carolina at Chapel Hill in 2014. I am a marine biologist, with a special focus on tropical coral reef conservation. I am also an active nature photographer. I previously worked as a Senior Manager for Monitoring and Evaluation at the non-profit organization Rare with headquarters in Arlington, Virginia. Before I worked at Rare, I worked for the Center for Biological Diversity as a scientist in the Oceans Program.

5. I am a member of the Center for Biological Diversity and have been a member of the Center since 2015. I receive and read the Center's newsletters, petitions, and investigative reporting pieces in its online news outlet, The Revelator. As a member, I rely on the Center to represent my interests in conserving native species and their habitats, including coral reef ecosystems. I especially rely on the Center to represent my interests in its work to reduce greenhouse gas emissions and other threats to imperiled species and their critical habitats.

6. As a marine conservation scientist, I specifically study tropical coral reef ecosystems. Coral reefs have slowly grown over thousands of years, forming living barriers and atolls that can be seen from space (e.g., the Great Barrier Reef of Australia). Under good conditions, hard corals are the foundation species of these ecosystems, building calcium carbonate skeletons layer by layer and creating a complex tridimensional structure that supports the entire reef life. Fish, crabs, lobsters, worms, urchins, sea turtles, marine plants, and thousands of other species rely on the complexity of the coral reef framework for survival, shelter, reproduction, and food.

7. Importantly, over 1 billion people depend on coral reefs to sustain their livelihoods and food security, and healthy coral reefs are worth as much as USD $365 billion globally for every year they continue to provide these essential services to coastal communities, according to an analysis conducted by the UN

Environment, International Coral Reef Initiative, and the UN Environment World Conservation Monitoring Center in 2018.[1]

8. However, coral reefs are highly threatened, and more than a quarter of coral reefs worldwide have already disappeared or are extremely degraded. This global decline is mainly and directly related to climate change driven by anthropogenic greenhouse gas emissions due to the burning fossil fuels. In addition, coral decline can be traced to local stressors such as coastal pollution, fishing, and to less extent collection and trade.

9. The continued existence of coral reefs, where reef-building corals grow and support a complex life network, relies on a mutually beneficial relationship (a symbiotic relationship) between the coral and millions of very small one-celled algae that live inside the coral host. The coral host provides shelter to the symbiotic algae, while the algae provide nutrients, oxygen, help in building the coral skeleton, and color to the otherwise bleached-white calcium carbonate skeleton. A thriving relationship between the coral host and the microalgae depends on a balanced set of environmental conditions that include a narrow range

[1] UN Environment, International Coral Reef Initiative, UN Environment World Conservation Monitoring Centre. 2018. Analysis of international funding for the sustainable management of coral reefs and associated coastal ecosystems. Available at: https://www.unep-wcmc.org/system/comfy/cms/files/files/000/001/171/original/Funding_landscape_of_coral_reef_04-web-single_pages.pdf.

of sea temperatures, the right concentration of carbon dioxide, optimal water acidity, adequate levels of light and nutrients, and clean water. The disruption of this environmental balance due to ocean warming negatively affects the relationship between the coral host and its symbiotic algae, leading to the expulsion of the algae from the coral tissue, causing coral bleaching and eventually the death of the coral host.

10. Episodes of warmer-than-usual water temperatures or warming events, as a result of climate change, drive the disruption of the coral-symbiotic-algae relationship, leading to widespread coral bleaching and coral death. Small deviations outside the optimal range of temperatures can have devastating effects on coral reefs across large scales as seen around the globe in the past 10 years (Hughes, Barnes et al. 2017, Hughes, Kerry et al. 2017, Hughes et al. 2019, Cornwall et al. 2021, Tebbett et al. 2023). Dead corals eventually crumble down. Fewer live corals on a reef result in less biodiversity, fewer ecological services, and threaten the viability and existence of the entire ecosystem and the marine species and people that depend on them.

11. Besides greenhouse gas emissions, two other threats that negatively affect tropical and subtropical coral reefs are overfishing and coastal pollution (such as water contamination, eutrophication, and coastal runoff). Overfishing and coastal pollution are localized threats that required localized actions. Addressing local overfishing and coastal pollution problems buys some time as we reduce

greenhouse gas emissions globally because less locally impacted coral reefs may have a better chance to recover from warming events.

12. We are already seeing the impacts of warmer temperatures resulting from greenhouse gas emissions in coral reefs throughout the world. In the United States specifically, the coral reefs in the Florida Keys have already declined and have continued to rapidly deteriorate due to ocean warming that leads to bleaching and disease outbreaks. The amount of live coral in a reef, or coral cover, is an indicator of reef health. The more live coral cover, the healthier a reef is, as it has more tridimensional structure to support a high diversity of marine life. Scientifically, a healthy reef may have approximately 50 percent or more live coral cover. In stark contrast, today coral reefs of the Florida Keys have less than 5 percent live coral cover, down from approximately 50-60 percent reported by scientists in the 1970s. In some areas, there are hundreds of hectares of dead corals that have never recovered from mass bleaching and disease outbreaks. This drastic coral reef degradation is also happening across the Caribbean, Australia's Great Barrier Reef, Indo-Pacific coral reefs, and remote and isolated Pacific islands, mainly due to global warming.

13. In Hawaii in 2016, I saw whole fields of corals that had turned white due to bleaching, then brown and black due to dying coral tissues and being overgrown by algae and other organisms. Unprecedented mass bleaching occurred across Hawaii in 2015, where an average of 60 percent of corals off the western

side of Hawaii Island bleached, with some reefs experiencing 90 percent mortality. Severe and widespread coral bleaching is happening now in Hawaii, with coral reefs off Maui and West Hawaii already showing white bleached corals. Mass bleaching and subsequent coral death can occur quickly, a drastic and surreal process that indiscriminately wipes out small and large coral colonies in just a couple of weeks. Corals take thousands of years to grow big colonies and form reefs, but once the corals die, those species that depend on corals for habitat are in peril. As coral reefs erode away, thousands of species no longer have the ecological services they need, including an ecosystem that gives them food and shelter.

14. Unfortunately, there are no pristine reefs left in the world, as human-driven global warming has reached far and wide. All coral reefs on the planet have already experienced bleaching and mortality due to ocean warming. There are still some minimally disturbed coral reefs in the Indo-Pacific and remote Pacific atolls that may have a better chance to recover from mass bleaching events. These reefs, however, are not resistant to the negative impacts of the increasing frequency of warming anomalies that are forecasted for the next decades. The frequency of these events reduces the time for recovery between bleaching events. The fact is that if the world does not seriously reduce greenhouse gas emissions, we risk losing all coral reefs as we know them in our lifetime.

15. In addition to global warming, greenhouse gases emissions affect tropical and subtropical coral reefs through a process called ocean acidification. Greenhouse gas emissions result in increased concentrations of dissolved carbon dioxide in sea water, which lowers the pH of the ocean and makes it more acidic due to changes in ocean chemistry. Ocean acidification decreases the availability of carbonate ions to corals, reducing the capacity of reef-building corals to grow calcium carbonate skeletons that create complex structural reefs and support the entire ecosystem.

16. If ocean warming and acidification continue, the function and structure of reefs will change forever. Complex reef system that are coral-dominated with lots of competitive corals are disappearing and systems that are non-coral dominated with fewer coral species and more algae and other species like sponges that support fewer species are becoming the norm. At some point, these new emerging non-coral dominated systems will need to be renamed, as they can no longer be considered a coral reef.

17. Some coral species are already in danger of extinction and 22 species have been listed under the Endangered Species Act due to global warming, including several acroporid species. The Caribbean branching elkhorn and staghorn, which are species in the genus *Acropora*, are my favorite coral species because they are especially beautiful. For thousands of years, acroporid corals were the dominant coral species in the Caribbean and the Florida Keys, building

spectacular shallow reef crests and banks that not only supported an amazing diversity of life, but also protected the coasts from storms and wave erosion. These coral species have mostly disappeared from the region; the current abundance is less than 1% of historical levels seen a few decades ago.

18. When I moved to the United States in 2004, I worked for the National Oceanic and Atmospheric Administration studying and implementing the recovery plan for the staghorn and elkhorn corals across the Florida Keys Coral Reefs National Marine Sanctuary. These coral species were listed under the Endangered Species Act in 2006. They were the first marine species to be listed under the Act as threatened with extinction due to anthropogenic climate change.

19. As a marine biologist, I have a great professional interest in the health of corals and coral reefs. My work focuses on studying how we can protect and conserve coral reefs and other tropical and subtropical coastal ecosystems such as mangrove. I observe and document the impacts of global warming and other threats to coral reefs, as well as monitoring and evaluating the effectiveness of fishing regulations and community-based management practices on promoting coral reef recovery. I undertake my scientific research and make that research public to educate policy makers and the public about the threats facing coral species and how we can work together with coastal communities to reduce and eliminate local threats. My professional interest is in protecting the health of hundreds of coral species from extinction by undertaking fair, comprehensive, and

robust scientific research that can inform decision-making at local and regional scales.

20. Part of my work focuses on applying the vast scientific knowledge of marine ecology and conservation and finding solutions for coral reef recovery through effective management and local community involvement. I believe that community involvement is part of the solution to the coral reef crisis because communities are the stewards of their natural resources. By reducing economic reliance on coral reefs, and limiting local threats such as overfishing and coastal pollution, we may buy time for corals and increase the chances of coral reef recovery after bleaching events and disease outbreaks driven by ocean warming. Since reducing global warming requires global action, I am also working with local communities on behavior change campaigns that increase awareness of climate change impacts and empower people to make decisions that reduce greenhouse gas emissions.

21. In my current job, I frequently travel to different countries to visit locations with coral reefs. In past years, I have traveled to Belize, Costa Rica, Honduras, Indonesia, Madagascar, Mexico, Mozambique, the Bahamas, and the Philippines to work with coastal communities to safeguard coral reefs and the ecological and social services they provide. Every place I visit, I try to get in the water to observe and monitor coral reefs. I intend to return to these locations regularly for the next several years to monitor and evaluate tropical coral reefs. I

have work trips scheduled to visit coral reefs of Mexico, Australia, Indonesia, and Fiji. Whenever I dive and snorkel amongst corals I attempt to identify corals to species, with a special interest in identifying corals listed under the Endangered Species Act.

22. In addition to my professional interest in protecting coral reefs, I really enjoy diving and swimming on coral reefs for recreation. I have plans to go to Mexico and Fiji this year. I specifically enjoy exploring coral reefs that have so far escaped the most devastating effects of warming and human activities. These places are unique and provide a baseline for comparison. Coral reefs support so much biodiversity, and I enjoy seeing the wide variety of marine life. High biodiversity is important for supporting a healthy ecosystem, but I believe greater biodiversity is inherently valuable. It enriches us as humans.

23. In fact, it was my recreational, aesthetic, and intellectual interests in biodiversity that fueled my professional interest in becoming a marine biologist. When I was in high school, I volunteered to go diving to collect samples of coral skeletons for an exhibition at my school's natural history museum. We went to the north coast of Cuba to collect dead branches of staghorn and elkhorn corals. Some of the big colonies of staghorn and elkhorn were already dying in the mid-1990s, and we wanted to showcase what coral reefs were formed of, and what their calcium carbonate skeletons looked like without living tissue. I loved that trip and

thereafter I decided I wanted to be a marine biologist and study why these stony creatures were dying all over the Caribbean.

24. I find diving on coral reefs to be a kind of spiritual experience. Diving through coral reef channels and underwater caves that have formed over thousands of years by the incessant growth of corals is deeply meditative. Hearing the cacophony of sounds that reef creatures make is an incredible and exciting experience. Good diving requires practice, especially achieving calmed and relaxed breathing when underwater pressure is compressing your lungs. As such, diving in coral reefs requires focus, is very meditative, and is one of the best Zen environments.

25. I enjoy underwater photography. Through photography I can capture the beauty of coral species and the signs coral reefs show due to threats. Coral reefs are one of the best marine systems to photograph because of the rich biodiversity, the bright colors, and the different textures. I take my camera every time I go out into the field.

26. It's so exciting to get in the water and see a reef full of life. And once you know what a healthy reef looks like, you have a totally different point of reference or baseline for what undisturbed coral reefs are supposed to look like. Experiencing a dying coral reef, however, is a totally different feeling. Every time I go to reefs that have been drastically affected by bleaching and disease outbreaks due to warming, it is sad, it is depressing, it is heart wrenching. I have worked and

dived in coral reefs for more than 20 years, and experiencing dying coral reefs can deeply affect you and bring tears to your eyes. It can feel like a family member or a good friend has died. A dead reef is mostly flat, gray and brown, lacks colors, has no fish, and is littered with dead zombie coral stumps, crumbling corals, and rubble. Everything is covered in algae; fleshy algae move with the waves on dead corals and toxic cyanobacteria cover the substrate and rob oxygen from those creatures that live on the bottom. It's really devastating. It is the same feeling as when seeing a familiar and lush old-growth forest cut down to stumps, where the big majestic trees are now in pieces on the once-forest floor. There are no animals, no movement—only black, greys and browns.

27. I have already experienced firsthand the effects of global warming on tropical reef systems. I cannot enjoy diving and studying dying coral reefs or meditating over them in the same way I enjoy living reefs. Diving in reefs where corals have died as a result of bleaching and disease, like those throughout the Caribbean and the Florida Keys, does not bring me the same level of enjoyment that I experienced many years ago, when reefs were in better condition. My intellectual interest in understanding the rich ecosystem that corals support is also harmed because I no longer can observe the high diversity that I once could.

28. I care deeply about tropical reef ecosystems, and I want to see them recovering and thriving. I have already been distressed by experiencing coral reefs that have been killed by bleaching and diseases triggered by warming, and this will

only continue and worsen if global warming and ocean acidification continue. As a scientist and a human, I do not want to see any further loss of these ecosystems. If global warming continues unabated, I know that many species I study and photograph will decline and become functionally extinct. I will find it hard to find corals to photograph and enjoy. It will also be increasingly difficult to find, observe, photograph, and enjoy the other species that rely on those corals for survival. Documenting dead corals and dying coral reefs is not an enjoyable activity; it is depressing. I only photograph dying reefs as a sad duty to document the succumbing ecosystems that once flourished and inspired me to become a marine biologist.

29. I have every intention of continuing my career as a marine biologist with the goal of studying and conserving tropical and subtropical coral reefs. I also intend to dive on, meditate in, and photograph these reefs in the years to come. I would like to once again go to pristine, living, and thriving reefs. Unfortunately, those are harder to find every year.

30. In 2024, I'm planning to go to Fiji's coral reefs, which are considered some of the best diving spots in the world. I expect to see walls of living coral, sharks, hundreds of fish species such as emperors and the amazing bump-head wrasses, and even whale sharks. I'm looking forward to taking my son and daughter diving when they are old enough. I want to make sure that the first time we go diving we visit an undisturbed and near-pristine coral reef. I want to show

him what a healthy tropical coral reef should look like and perhaps spark in him the same feeling I had the first time I went diving during my high school trip on the northern coast of Cuba 20 years ago.

31. Although I have already witnessed the harm to tropical reefs caused by the warming that has occurred so far, I believe that it is not too late to protect our surviving reefs and promote the recovery of degraded ones. I am an optimist. As I scientist I know that the main threats to tropical coral reefs will be lessened if greenhouse gas emissions from fossil fuel production and use are reduced, and if we reduce local pressures that are harming reefs, like coastal pollution and overfishing. But we need to act now. Since 1750, the United States has cumulatively contributed the most to the global emissions, more than any other country in the world. Today the U.S. is the world's second largest emitter, despite recent gains in energy efficiency and cuts in emissions. So, the U.S. bears most of the responsibility for the climate crisis.

32. I derive significant recreational, aesthetic and professional benefits from seeing, studying and photographing threatened coral species in the wild. My ability to view and enjoy these species is entirely dependent on their continued existence. I am injured by the National Marine Fisheries Service's failure to issue ESA section 4(d) protective regulations for the 20 corals species it listed as threatened in 2014. Once a species is listed under the Endangered Species Act, the

Fisheries Service has the authority and the duty to issue regulations that will protect the species at issue from further harm, and aid in its recovery.

33. The Fisheries Service's failure to issue protective regulations for these coral species to address greenhouse gas emissions, local stressors, and collection and trade will result in their further decline. Unabated greenhouse gas pollution, coastal pollution and other local stressors, and collection and trade will result in the further degradation of coral reefs that I study and want to protect and in the eventual extinction of coral species that I take personal and professional joy and pleasure in viewing, photographing, studying and protecting. As the threats to corals continue to worsen, many coral species will be pushed closer to extinction, which in turn makes it much harder for me to observe these corals. Not being able to observe, photograph, study and protect these corals wounds me greatly and severely diminishes my personal, recreational, aesthetic and professional interests in these species.

34. If the National Marine Fisheries Service were to issue protective regulations to address the threats to the 20 coral species at issue, those regulations could significantly benefit the coral species and make it more likely that they persist in the wild. These coral conservation regulations would likely result in healthier reefs, and would redress the injury caused by the Fisheries Service's failure to adequately protect the 20 coral species at issue.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2024, in Washington DC.

____________________________________
Abel Valdivia