Emily Jeffers, CA Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org

Sarah Uhlemann, WA Bar No. 41164*
CENTER FOR BIOLOGICAL DIVERSITY
120 State Avenue NE #268
Olympia, WA 98501
Tel: (206) 327-2344
suhlemann@biologicaldiversity.org

* Admitted *pro hac vice*

Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>*Defendants*. | Case No: 1:23-cv-00306-MWJS-WRP<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To the Clerk of the Court and all counsel and parties of record:

Please note the following change of address for Sarah Uhlemann, co-counsel in this matter for Plaintiff Center for Biological Diversity. The new mailing address is as follows:

>Center for Biological Diversity
>120 State Avenue NE #268
>Olympia, WA 98501

Any future correspondence to Ms. Uhlemann by mail or courier should be directed to the new address. The telephone number and email address for Ms. Uhlemann remain the same.

Dated: August 7, 2024                    Respectfully submitted,

                                         /s/ Sarah Uhlemann
                                         Sarah Uhlemann, WA Bar No. 41164*
                                         Center for Biological Diversity
                                         120 State Avenue NE #268
                                         Olympia, WA 98501
                                         (206) 327-2344
                                         suhlemann@biologicaldiversity.org

                                         *Attorney for Plaintiff*

                                         * Admitted pro hac vice