AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

CENTER FOR BIOLOGICAL
DIVERSITY,

    Plaintiff,

    V.

NATIONAL MARINE FISHERIES
SERVICE; GINA RAIMONDO, U.S.
Secretary of Commerce; JANET
COIT, Assistant Administrator, NOAA
Fisheries,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 23-00306 MWJS-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 6, 2025

At 8 o'clock and 15 min a.m.
LUCY H. CARRILLO, CLERK

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

On March 6, 2025, the Court issued its Order, ECF No. 52 "Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment," (March 6, 2025 Order),

IT IS ORDERED AND ADJUDGED that the Court grants Plaintiff's motion with respect to National Marine Fisheries Service's ("NMFS") denial of the petition to adopt Section 4(d) regulations to address climate change and to address localized threats to the Caribbean corals. To that same extent, Defendants' motion is denied. In all other respects, Plaintiff's motion is denied, and Defendants' motion is granted. The case is remanded to NMFS for further proceedings consistent with this opinion. At this time, the Court declines to impose a deadline for NMFS to conduct these further proceedings on remand.

| March 6, 2025 | LUCY H. CARILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |