ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

CAITLYN F. COOK (MD Bar No. 2112140244)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-1059
Facsimile: (202) 305-0275
Email: caitlyn.cook@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>          *Plaintiff*,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br>          *Defendants*. | CIVIL NO. 1:23-00306-MWJS-WRP<br><br>DEFENDANTS' NOTICE OF APPEAL |

Defendants, the National Marine Fisheries Service; Howard Lutnick, in his official capacity as Secretary of the United States Department of Commerce;[1] and Eugenio Piñeiro Soler, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration,[2] hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order granting in part and denying in part summary judgment in this matter in favor of Plaintiff, the Center for Biological Diversity, and granting in part and denying in part summary judgment in this matter in favor of Defendants (ECF No. 52) and the final judgment entered in this action on March 6, 2025 (ECF No. 53).

Dated: May 5, 2025             Respectfully submitted,

                               ADAM R. F. GUSTAFSON, Acting Assistant
                               Attorney General
                               MEREDITH L. FLAX, Deputy Chief
                               NICOLE M. SMITH, Assistant Section Chief
                               U.S. Department of Justice
                               Environment and Natural Resources Division
                               Wildlife and Marine Resources Section

                               */s/ Caitlyn F. Cook*
                               CAITLYN F. COOK
                               Trial Attorney
                               Maryland Bar No. 2112140244
                               U.S. Department of Justice

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Howard Lutnick is automatically substituted for Gina Raimondo.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Eugenio Piñeiro Soler is automatically substituted for Janet Coit.

1

Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P. O. Box 7611
Washington, D.C. 20044-7611
(202) 616-1059 (tel.)
(202) 305-0275 (fax)
caitlyn.cook@usdoj.gov

*Attorneys for Defendants*
NATIONAL MARINE FISHERIES SERVICE,
HOWARD LUTNICK, EUGENIO PIÑEIRO
SOLER